IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JORDAN L. RAUCH,

        Petitioner,

v.                              CIVIL ACTION NO. 3:11-0068

DAVID BALLARD, Warden,
Mount Olive Correctional Complex,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that Petitioner's Petition for Writ of Habeas Corpus be dismissed, without prejudice, so that he may exhaust the state court remedies available to him. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DISMISSES** Petitioner's Petition for Writ of Habeas Corpus, without prejudice, so that he may exhaust the state court remedies available to him, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: June 10, 2011

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE